**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 23-6823**

─────────

SUNDAY QUINCY USOH,

       Plaintiff - Appellant,

   v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; ALEJANDRO MAYORKAS; MENDOZA JADDOU; R. RODRIGUEZ; UNITED STATES OF AMERICA,

       Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Sherri A. Lydon, District Judge.  (2:22-cv-01470-SAL)

─────────

Submitted:  June 28, 2024                    Decided:  August 16, 2024

─────────

Before KING, THACKER, and RUSHING, Circuit Judges.

─────────

Affirmed as modified by unpublished per curiam opinion.

─────────

Sunday Quincy Usoh, Appellant Pro Se.  Kevin Hirst, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sunday Quincy Usoh appeals the district court's order accepting the magistrate judge's recommendation and dismissing his amended petition challenging the denial of his application for naturalization. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order, *see Usoh v. U.S. Citizenship & Immigration Servs.*, No. 2:22-cv-01470-SAL (D.S.C. July 20, 2023), but we modify the dismissal to be without prejudice as to the claims dismissed for lack of subject matter jurisdiction and failure to exhaust administrative remedies, *see Ali v. Hogan*, 26 F.4th 587, 600 (4th Cir. 2022); *Moss v. Harwood*, 19 F.4th 614, 623 n.3 (4th Cir. 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*

2